UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CORINA ZIRK,

                              Plaintiff,        Case No. 17-CV-1622

      v.

                                                 **MINUTE SHEET**

BP PETERMAN LAW GROUP, LLC,

                              Defendant.

**Hon. David E. Jones, presiding.**    **Deputy Clerk:** Katina Hubacz
**Type of Proceeding:** TELEPHONIC STATUS CONFERENCE
**Date:** July 18, 2019 at 10:30 AM    **Court Reporter:** Liberty
**Time Commenced:** 10:32:13    **Time Concluded:** 10:33:53

**Appearances:**    **Plaintiff:**    Briane F. Pagel, Jr.
                            **Defendant:**  Joseph J. Sarmiento

**Comments:**
Need to find out status of underlying Western District case and if this case can proceed.
Plaintiff:
- Judge in Rock County dismissed service related claims – would preclude out anything against BP Peterman – resolved remainder of case – suggest dismiss this case with prejudice

Defendant:
- No opposition to dismissal of this case

Court:
- Will enter order of dismissal with prejudice without costs both sides bearing their own costs