# United States District Court
## Eastern District of Wisconsin

CORINA ZIRK,

        Plaintiff(s),

v.

BP PETERMAN LAW GROUP, LLC,

        Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case No. 17-CV-1622

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried, and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court for consideration.

**IT IS HEREBY ORDERED AND ADJUDGED** that this case is

**DISMISSED with prejudice**, each party to bear its own costs.

    Approved:    *s/ David E. Jones*
                         DAVID E. JONES
                         United States Magistrate Judge

Dated at Milwaukee, Wisconsin, this <u>25th</u> day of July, 2019.

                              STEPHEN C. DRIES
                              Clerk of Court

                              *s/ K. Hubacz*
                              (By) Deputy Clerk